**Opinion issued November 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00624-CV

———————————

## IN THE INTEREST OF A.N.S., A CHILD

———————————

On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2010-00434J

———————————

## MEMORANDUM OPINION

Appellant, Jacob San Roman, appeals the trial court's final order terminating his parental rights to the minor child, A.N.S. Appellant's appointed counsel has filed a motion to withdraw, along with an *Anders* brief, asserting that the appeal is without merit and that there are no arguable grounds for reversal. *See Anders v.*

*California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). We affirm the trial court's judgment and grant counsel's motion to withdraw.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights when, as here, the appellant's appointed appellate counsel concludes that there are no non-frivolous issues to assert on appeal. *See In re D.D.*, 279 S.W.3d 849, 849–50 (Tex. App.—Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

Counsel has filed an *Anders* brief in which she concludes that, after a thorough review of the record, appellant's appeal of the termination of his parental rights is frivolous and without merit. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re D.E.S.*, 135 S.W.3d at 327, 330; *In re K.D.*, 127 S.W.3d at 67. Counsel has certified that she delivered a copy of the brief to appellant and has informed appellant of his right to examine the appellate record and to file a response. *See In re K.D.*, 127 S.W.3d at 67. Appellant has not filed a response.

We have independently reviewed the entire record and counsel's *Anders* brief. *See Anders*, 380 U.S. at 744, 87 S. Ct. at 1400; *In re D.E.S.*, 135 S.W.3d at 330; *In re K.D.*, 127 S.W.3d at 67. We agree with counsel's assessment that the appeal is frivolous and without merit.

Accordingly, we affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney Amy Ngo Lacy must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and notify appellant that he may, on his own, pursue a petition for review in the Supreme Court of Texas. *See In re K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).